# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LANCE MITCHELL OWENS,
ADC #610855, et al.                                                                            PLAINTIFFS

V.                                       5:12CV00159 SWW/JTR

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## ORDER

On June 18, 2012, the Court received Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray [doc.#11]. No objections have been filed. However, on July 11, 2012, the Court received from plaintiff Lance Mitchell Owens a Notice of Change of Address [doc.#12]. The Court directs that the Clerk of Court resubmit to plaintiff Owens at his new address a copy of the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray [doc.#11]. Plaintiff Owens is hereby given fourteen (14) days from the date of entry of this Order in which to file any objections to the Proposed Findings and Recommended Disposition [doc.#11].

IT IS SO ORDERED this 12th day of July 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE