### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LANCE MITCHELL OWENS,
ADC #610855, et al.                                                                    PLAINTIFFS

V.                                              5:12CV00159 SWW/JTR

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction, et al.                           DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition

submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been

filed.  After careful review, the Court concludes that the Proposed Findings and

Recommended Disposition should be, and hereby are, approved and adopted in their

entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff Owens' Motion for a Preliminary Injunction (docket entry #9)

is DENIED.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in

forma pauperis* appeal would not be taken in good faith.

Dated this 31st day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE