# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | | |
|---|---|---|
| LANCE MITCHELL OWENS, ADC #610855 | | PLAINTIFFS |
| V. | 5:12CV00159 SWW/JTR | |
| JOYCE GOOLEY, Arkansas Department of Correction, et al. | | DEFENDANTS |

## ORDER

On June 14, 2012, the Court entered an Order giving Plaintiff ninety days to file a Motion for Service containing the full names of and service addresses for the John Doe Defendants. *See* docket entry #10. On August 16, 2012, Plaintiff filed a Notice explaining that Defendants did not file an Answer until August 3, 2012, thereby making it difficult for him to timely discover the identities of the John Doe Defendants. *See* docket entries #24 and #25. Accordingly, he seeks additional time to file his Motion for Service. The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff is granted an extension, **until October 18, 2012,** to file a Motion for Service containing the information specified in the June 14, 2012 Order.

2.  Plaintiff is reminded that if he fails to timely and properly do so, the John

Doe Defendants will be dismissed, without prejudice pursuant to Local Rule 5.5(c)(2).

Dated this 21st day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE