# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LANCE MITCHELL OWENS,
ADC #610855                                                          PLAINTIFF

V.                          5:12CV00159 SWW/JTR

JOYCE GOOLEY, Mail Room Supervisor;
and WILLIAM STRAUGHN, Warden;
Maximum Security Unit                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (docket entry #35) is GRANTED, and Plaintiff's claims against Defendants Straughn and Gooley are DISMISSED, WITHOUT PREJUDICE, due to a lack of exhaustion.

2. Plaintiff's Motion for Summary Judgment (docket entry #32) is

DENIED, AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 6th day of December 2012.

/s/Susan Webber Wright<br>UNITED STATES DISTRICT JUDGE